IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                             **4:11-CR-00009-03-SWW**

**JOSE DOMINGO GARCIA**

## ORDER

The pro se motion [doc.#142] of Defendant Jose Domingo Garcia for reconsideration of the Court's order [doc.#140] denying his Motions to Modify Sentence Under 18 U.S.C. § 3582 [doc.#138-139] has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 25th day of March, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE